UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVID A. HANNUM and CYNTHIA L. HANNUM, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF LICENSING, a department of the State of Washington, LIZ LUCE, Director of the Washington State Department of Licensing, JOHN DOE, and JANE DOE,<br><br>Defendants. | Case No. C06-5346RJB<br><br>ORDER GRANTING DEFENDANT STATE OF WASHINGTON'S MOTION TO EXTEND DEADLINES AND RE-NOTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

This matter comes before the court on Defendant State of Washington's Motion to Extend Deadlines (Dkt. 15). The court has considered the pleadings filed in support of and in opposition to the motion and the file herein.

**I. BACKGROUND AND DISCUSSION**

Pending before the court are the defendants' motion for summary judgment (Dkt. 12) and the plaintiffs' motion for partial summary judgment (Dkt. 17). The plaintiffs also move for partial summary judgment in their response, raising arguments that are substantially identical to those contained in the motion for partial summary judgment (Dkt. 19). The defendants' reply does not address this portion of the response. This motion is not noted in accordance with Local Rule CR 7(d)(3). Because the defendants' motion for summary judgment and the plaintiffs' cross motion for partial summary judgment address the same issues, they should be noted for consideration at the same time. The court should therefore re-note the defendants' motion for consideration concurrent with the plaintiffs' motion for partial summary judgment.

ORDER
Page 1

1   The defendants seek an extension of the deadlines for the discovery conference, initial disclosures, and joint status report in order to "conserve resources of the parties." Dkt. 15 at 2. Specifically, they would like the deadlines reset for thirty days after the court issues its order on the defendants' motion for summary judgment because a judgment in their favor would render discovery unnecessary. Counsel for the defendants conferred with plaintiffs' counsel to seek a stipulation but did not receive a response. Dkt. 16 at 1-2.

   The plaintiffs filed a response opposing the motion. They contend that the defendants are still fully capable of complying with the deadlines despite the pendency of the motions for summary judgment and that a delay would not preserve their resources. The plaintiffs do not contend that a delay would be prejudicial, and the affidavits supporting the response seek additional time for discovery. Dkt. 21 at 6, Dkt. 22 at 2. The court should therefore grant the motion and extend the deadlines.

## II. ORDER

Therefore, it is hereby

**ORDERED** Defendant State of Washington's Motion for Summary Judgment (Dkt. 12) is **RE-NOTED** for consideration on September 29, 2006. Defendant State of Washington's Motion to Extend Deadlines (Dkt. 15) is **GRANTED** as follows: (1) The FRCP 26f Conference Deadline is 10/11/2006. (2) The Initial Disclosure Deadline is 10/18/2006; and (3) The Joint Status Report is due by 10/25/2006.

The Clerk of the Court is instructed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

DATED this 8th day of September, 2006.

Robert J. Bryan
United States District Judge